UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALLIED CENTER FOR SPECIAL SURGERY, AUSTIN, LLC, *et al.*, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:15-CV-02752 |
| | § | |
| AETNA HEALTH, INC., *et al.*, | § § § | |
| Defendants. | § | |

## ORDER ON DEFENDANTS' MOTION TO DISMISS

Before the Court is the defendants', Aetna Health, Inc. and Aetna Life Insurance Company (the "defendants"), motion to dismiss the plaintiffs' state law claims. (*See* Dkt. No. 10). The plaintiffs, Allied Center for Special Surgery, Austin, LLC; Allied Center for Special Surgery, DFW, LLC; Allied Center for Special Surgery, San Antonio, LLC; Allied Center for Special Surgery, Las Vegas, LLC; and Allied Center for Special Surgery, Scottsdale, LLC (the "plaintiffs"), have filed a response in opposition to the defendants' motion to dismiss. (*See* Dkt. No. 17). After having carefully considered the motion, response, the pleadings and the applicable law, the Court determines that the defendants' motion to dismiss should be **DENIED**.

Accordingly, the defendants' motion to dismiss is hereby **DENIED**.

It is so **ORDERED**.

SIGNED on this 13th day of January, 2016.

_____
Kenneth M. Hoyt
United States District Judge